IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE MAGDALENO PIMENTAL,

    Plaintiff,

vs.                                                    No. CIV 16-0792 JB/SCY

MICHAEL GRANADINO; FNU MONTANO;
FNU BREA; FNU NEZ; BRIAN MAKI, Case Manager;
M. MARQUEZ, Lieutenant; FNU HEREDIA, Sergeant;
FNU SILVA, Officer; PHILLIP DE HERRERA;
MELODY POHL, Captain; CAROL LUCERO, Mail Officer;
FNU DE VARGAS, Lieutenant; and FNU GALLEGOS,
Security Guard,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order of Dismissal Without Prejudice, filed contemporaneously herewith, in which the Court dismissed Plaintiff Jose Magdaleno Pimental's Prisoner's Civil Rights Complaint, filed July 6, 2016 (Doc. 1), without prejudice. There being no more claims before the Court, the Court hereby enters Final Judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that this civil proceeding is dismissed without prejudice, and final judgment is entered.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE

*Parties:*

Jose Magdaleno Pimental
Cibola County Detention
Grants, New Mexico

    *Plaintiff pro se*